UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
January 31, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALFONSO MAGANA,

Defendant.

Case No. 2:14-mj-00021-KJN

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ALFONSO MAGANA ,

Case No. 2:14-mj-00021-KJN , from custody for the following reasons:

____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of $ _____

   __X__   Unsecured Appearance Bond $  100,000.00

   ____   Appearance Bond with 10% Deposit

   ____   Appearance Bond with Surety

   ____   Corporate Surety Bail Bond

   ____   (Other): Pretrial Services conditions; Plus the equity in

   __X__   their home in the amount of at least $50,000.00 and

   ____   surrender of his passport.

Issued at Sacramento, California on January 31, 2014 at 2:00 p.m.

By: _____

Magistrate Judge Kendall J. Newman