SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007  7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
ALFONSO MAGANA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>ALFONSO MAGANA, et. al.,<br><br>          Defendants, | CASE NO.  14-CR-0040 WBS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER REGARDING DEADLINE<br>TO FILE SECURED APPEARANCE<br>BOND WITH DEED OF TRUST** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant ALFONSO MAGANA, by and through his counsel of record, hereby stipulate as follows:

1. On January 31, 2014, the Honorable Kendall J. Newman ordered defendant ALFONSO MAGANA released upon the filing of an unsecured bond and the surrender of his passport.  Further, the Court ordered that ALFONSO MAGANA was to file a $100,000 appearance bond secured with at least $50,000 of equity in his home and that said secured bond and deed of trust were to be filed with the Court "within a reasonable amount of time."

2. Due to various complications, a delay occurred in obtaining the proper documentation to demonstrate equity in the home and to prepare and execute the necessary documents.

1

3. Defendant ALFONSO MAGANA has now provided the government with a certified appraisal and title report demonstrating that the residence to be used as security has at least $75,000 of equity.

4. The parties agree and stipulate the defendant ALFONSO MAGANA shall have until the end of business day on Monday, March 3, 2014, to file with the Court the appearance bond secured with a deed of trust.

IT IS SO STIPULATED.

DATED:   February 21, 2014

/s/ Michael McCoy
Michael McCoy
Assistant United States Attorney

DATED:   February 21, 2014

/s/ Scott Cameron
SCOTT N. CAMERON
Counsel for ALFONSO MAGANA

**O R D E R**

IT IS SO ORDERED this 24th day of February, 2014.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2