ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:   (209)544-0200
Fax:              (209)544-1860

Attorney for Defendant
Alfonso Magana

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>ALFONSO MAGANA,<br><br>     Defendant. | No. 2:14-CR-00040-WBS<br><br>STIPULATION AND (PROPOSED) ORDER TERMINATE LOCATION MONITORING PROGRAM |

     Defendant ALFONSO MAGANA, through his attorney ROBERT L. FORKNER, with the consent and approval of Pretrial Services Officers Renee Basurto and Jacob Scott, respectfully requests that the Defendant's location monitoring condition be removed. Defendant was originally ordered released by Magistrate Judge Carolyn K. Delaney on February 13, 2014, on a secured $100,000.00 bond.

     Removal of the location monitoring program is requested because Mr. Magana has been in full compliance with the conditions of release since said conditions were imposed. The remaining conditions continue to be in full force and effect.

Further, counsel and pretrial services have conferred about this request and there is no objection from Assistant U.S. Attorney Michael McCoy or Pretrial Services Officers Renee Basurto and Jacob Scott for the termination of the location monitoring program.

IT IS SO STIPULATED

Dated:  March 17, 2015                    /s/ Robert L. Forkner
                                          ROBERT L. FORKNER
                                          Attorney for Defendant
                                          ALFONSO MAGANA

ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:    (209)544-0200
Fax:               (209)544-1860

Attorney for Defendant
ALFONSO MAGANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:14-CR-00040-WBS |
| Plaintiff, | ) ORDER FOR TERMINATION OF<br>) LOCATION MONITORING PROGRAM |
| v. | ) |
| ALFONSO MAGANA, | ) |
| Defendant. | ) |

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the location monitoring program be terminated, and that all other conditions of pretrial release remain in full force and effect.

IT IS SO ORDERED.

Dated: March 30, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
magana0040.stipo.modify.cor

3