ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:   (209)544-0200
Fax:         (209)544-1860

Attorney for Defendant
ALFONSO MAGANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:14-CR-00040-WBS |
|---|---|
| Plaintiff, | ) (PROPOSED) AMENDED ORDER FOR TERMINATION OF LOCATION MONITORING PROGRAM AND DEFENDANT'S CURFEW |
| v. | |
| ALFONSO MAGANA, | |
| Defendant. | |

   Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the location monitoring program and curfew be terminated, and that all other conditions and special conditions of pretrial release remain in full force and effect.

IT IS SO ORDERED.

Dated: April 3, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3