ROBERT L. FORKNER (CSB# 166097)
FORKNER, ORLANDO & ECHEVARRIA
722 Thirteenth Street
Modesto, CA 95354
Phone: (209) 544-0200
Fax: (209) 544-1860
rforkner@forknerlaw.com

Attorney for defendant,
ALFONSO MAGANA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UBITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALFONSO MAGANA,<br><br>Defendant | Case No.: 2:14-CR-0040-WBS<br><br>REQUEST FOR RECONVEYANCE AND ~~PROPOSED~~ ORDER<br><br>HONORABLE WILLIAM B. SHUBB<br>UNITED STATES DISTRICT JUDGE |

I, ROBERT L. FORKNER, declare as follows:

1. I am an attorney licensed to practice law in all courts in the State of California; the Federal Northern, Eastern and Southern District Courts, as well as the United States Courts of Appeals for the Ninth Circuit. I am a Certified Criminal Law Specialist by the California State Bar of Legal Specialization.

2. At the time of sentencing I was the attorney of record for the defendant, ALFONSO MAGANA.

3. On March 12, 2014, ALFONSO MAGANA GUZMAN, recorded an executed Deed of Trust (Short Form) for the property commonly known as: 557 Traina

Drive, Patterson, CA 95363, for bail purposes in the name of United States District Court Clerk.

4. On October 2, 2017, defendant, ALFONSO MAGANA was sentenced to one year probation, which he successfully completed.

5. At this time, Request is hereby made that the property listed in Deed of Trust No.: 2014-0011378-00 received from ALFONSO MAGANA GUZMAN, entered by the Recorder of Stanislaus County, be reconveyed.

Dated this 5th day of April, 2019.

Respectfully submitted,   /s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for the Defendant

## ORDER

IT IS HEREBY ORDERED that the property listed in Deed of Trust No.: 2014-0011378-00 received from ALFONSO MAGANA GUZMAN, entered by the Recorder of Stanislaus County be reconveyed.

Dated: April 9, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE